IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00263-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL GAMES-PEREZ,

    Defendant.
_____

**ORDER ON MOTION TO WITHDRAW AND APPOINTING ATTORNEY**
_____

It is hereby ORDERED that the Motion to Withdraw [Docket No. 6] filed by the Office of the Federal Public Defender is granted. The Office of the Federal Public Defender's and Virginia L. Grady's representation of defendant Miguel Games-Perez is hereby terminated. It is further

ORDERED that an attorney from the Criminal Justice Act panel shall be appointed to represent Mr. Games-Perez.

DATED May 18, 2010.

                                  BY THE COURT:

                                  s/Philip A. Brimmer
                                  PHILIP A. BRIMMER
                                  United States District Judge