# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

MIGUEL GAMES-PEREZ

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** Supervised Release)

Case Number:  10-cr-00263-PAB-01

USM Number:  36944-013
Barrett Thomas Weisz, Appointed

(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1-3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply With the Rules of the Residential Reentry Center (RRC) | 02/09/2015 |
| 2 | Failure to Participate in Treatment as Directed | 01/14/2015 |
| 3 | Failure to Work Regularly | 02/17/2015 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

April 24, 2015
_____
Date of Imposition of Judgment

s/Philip A. Brimmer
_____
Signature of Judge

Philip A. Brimmer, U.S. District Judge
_____
Name & Title of Judge

April 27, 2015
_____
Date

DEFENDANT:  MIGUEL GAMES-PEREZ
CASE NUMBER:  10-cr-00263-PAB-01

Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.   The court recommends that the defendant be given full credit for time served in presentence confinement of 66 days.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal